First Department. January 3, 1913.) Action by William J. Kent against Benjamin F. Kiernan. J. H. McCrahon, of New York City, for appellant. M. T. Manton, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

KERSHAW, Respondent, v. STEUER, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by George Kershaw, by guardian ad litem, against Charles D. Steuer. A. J. Westermayr, of New York City, for appellant. M. L. Heidenheimer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 138 App. Div. 211, 123 N. Y. Supp. 77.

---

In re KEYSTONE STATE CONST. CO. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) In the matter of the petition of the Keystone State Construction Company for a writ of certiorari against John Williams, as Commissioner of Labor of the State of New York, in which John Williams, as Commissioner of Labor, appeals. No opinion. Motion granted, except the word "unanimously" should be omitted from the decision. See, also, 152 App. Div. 575, 137 N. Y. Supp. 405.

---

KIDDER v. PORT HENRY IRON ORE CO. OF LAKE CHAMPLAIN et al. (Supreme Court, Appellate Division, Third Department. December 30, 1912.) Action by George S. Kidder against the Port Henry Iron Ore Company of Lake Champlain and another. No opinion. Motion granted, and proposed questions certified. See, also, 138 N. Y. Supp. 1124.

---

KIRKLAND, Appellant, v. HUGHES et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by James Kirkland against James Hughes and others.

PER CURIAM. Order affirmed, with costs. McLENNAN, P. J., dissents, and votes for modification of the order, by disallowing the item for extra labor and expense in moving the logs in the winter of 1907–08.

---

KIRSCHBAUM et al., Respondents, v. ESCHMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Simon Kirschbaum and others, as executors, etc., against Frederick W. R. Eschmann. No opinion. Judgment and order affirmed, with costs. See, also, 142 App. Div. 906, 126 N. Y. Supp. 1134.

---

KLEIN v. HAMBURGER. (Supreme Court, Special Term, Kings County. November 28,

1911.) Action by one Klein against one Hamburger.

STAPLETON, J. Motion for an order requiring third party to pay to the sheriff money of judgment debtor denied.

---

KNAPP, Appellant, v. BARRETT, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Alois Knapp against William M. Barrett, as president. T. G. Prioleau, of New York City, for appellant. E. C. Sherwood, of New York City, for respondent. No opinion. Order affirmed, with costs to respondent to abide event. Order filed.

---

KNAUSS, Respondent, v. WEBBER CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Frederick Knauss against the Webber Construction Company. No opinion. Motion denied, on condition that appellant perfect its appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

In re KNEEN. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of the application of William Alfred Kneen for admission to the bar. No opinion. Application granted, and order signed.

---

KORNBERG v. LASKI et al. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Sigmund Kornberg against Bogumil Laski and others. S. Meyers, of New York City, for plaintiff. E. P. Mowton, of New York City, for defendants.

PER CURIAM. Exceptions overruled, motion for new trial denied, and judgment directed dismissing complaint, with costs. Settle order on notice. See, also, 151 App. Div. 935, 135 N. Y. Supp. 1122.

LAUGHLIN, J., dissents, voting to sustain the exceptions and grant a new trial.

---

KRUEGER, Appellant, v. BROADWAY BREWING & MALTING CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Felix Krueger against the Broadway Brewing & Malting Company and others.

PER CURIAM. Judgment affirmed, with costs.

McLENNAN, P. J., dissents.

---

KRUEGER, Appellant, v. EAST BUFFALO BREWING CO. et al., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Felix Krueger